FILED
SCRANTON

MAR 1 2 2003

Per_____
DEPUTY CLERK

LAW OFFICES OF POLACHEK & ASSOCIATES, P.C.
BY: Richard A. Polachek, Esquire and Francis G. Wenzel, Jr., Esquire    ATTORNEY FOR: Defendants
IDENTIFICATION NO. 35283 and 26055
PHOENIX PLAZA
22 EAST UNION STREET, SUITE 600
WILKES-BARRE, PA 18701-2723
(570) 822-8515
FAX (570) 822-5748

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL F. PROCIAK, as Administrator of the ESTATE OF COLLEEN A. SHEA | NO.3:CV-02-0168 |
| PLAINTIFF | (Judge Caputo) |
| V. | |
| JERRY R. SLYTER, PAGE TRANSPORTATION, INC., KEITH TITUS CORPORATION AND JOHN PFROMMER, LLC, AND PAGE, E.T.C., INC. | CIVIL ACTION - LAW |
| DEFENDANTS | JURY TRIAL DEMANDED |

**MOTION IN LIMINE OF DEFENDANTS, JERRY R. SLYTER, PAGE TRANSPORTATION, INC., KEITH TITUS CORPORATION, JOHN PFROMMER, LLC, AND PAGE E.T.C., INC., TO PRECLUDE COUNSEL FOR PLAINTIFF FROM MAKING ANY REFERENCE TO PUNITIVE DAMAGES IN CONNECTION WITH VOIR DIRE AND OPENING STATEMENTS AND UNTIL SUCH TIME, IF AT ALL, AS THIS COURT DETERMINES THAT THERE IS A BASIS FOR A CLAIM FOR SUCH DAMAGES**

AND NOW, come the Defendants, JERRY R. SLYTER, PAGE TRANSPORTATION,

INC., KEITH TITUS CORPORATION, JOHN PFROMMER, LLC, and PAGE E.T.C., INC., by and through their attorneys, hereby move this Honorable Court to grant the within Motion in Limine by precluding counsel for Plaintiff from making any reference to punitive damages in connection with voir dire and opening statements and until such time, if at all, as this Court determines that there is a basis for a claim for such damages. In support of this Motion the following is stated:

1. Plaintiff in the above case has made a claim for punitive damages against each and every Defendant in this action.

2. The claim for punitive damages is subject to a pending Motion or Motions before this Court.

3. The claim for punitive damages has no basis in fact or law as is set forth in Defendants' Motion for Reconsideration and Memorandum of Law which has been previously filed and which is incorporated by reference as if same were set forth herein at length.

4. If the pending Motion is dismissed however, and the matter proceeds to trial on said issue, then it is requested that if this Court determines at some point during the course of the trial that Plaintiff may have some basis in fact and in law to proceed with their claim for punitive damages, then, at that time, subject to Defendants' Motion to Bifurcate a claim for punitive damages, Plaintiff can present whatever evidence they may have on the damage claimed. If the Plaintiff were permitted to proceed with a claim for punitive damages at the outset of this case, and prior to the court determining there is a basis in fact and in law for such a claim, Defendants herein would be irreparably harmed.

WHEREFORE, Defendants, JERRY R. SLYTER, PAGE TRANSPORTATION, INC., KEITH TITUS CORPORATION, JOHN PFROMMER, LLC, and PAGE E.T.C., INC., move this court

to grant the within Motion in Limine to preclude counsel for Plaintiff in connection with the above matter from making any reference to punitive damages during voir dire and opening statements and until such time as the court determines, if at all, that there is a legitimate basis in fact and in law to proceed with a claim for punitive damages against Defendants, JERRY R. SLYTER, PAGE TRANSPORTATION, INC., KEITH TITUS CORPORATION, JOHN PFROMMER, LLC, and PAGE E.T.C., INC.

POLACHEK & ASSOCIATES, P.C.

_____
RICHARD A. POLACHEK, ESQUIRE

_____
FRANCIS G. WENZEL, JR., ESQUIRE
Attorney for Defendants